UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

CARLOS RENARD HARRIS,

    Defendant.

_____/

Case: 2:25-cr-20558
Assigned To : Parker, Linda V.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 7/23/2025
Description: INDI USA v HARRIS (JP)

Violation: 18 U.S.C. § 1368(a)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
18 U.S.C. § 1368(a)
*Harming an Animal Used in Law Enforcement*

On or about June 13, 2025, in the Eastern District of Michigan, the defendant, CARLOS RENARD HARRIS, willfully and maliciously harmed, and attempted to harm, a police animal, to wit: a canine employed by the United States Marshal Services for the principal purpose of aiding in the enforcement of laws and apprehension of criminal offenders; and, while in the commission of said acts, CARLOS RENARD HARRIS caused serious bodily injury to the animal; all in violation of Title 18, United States Code, Section 1368(a).

## **FORFEITURE ALLEGATION**

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 28, United States Code, Section 2461(c).

As a result of violating Title 18, United States Code, Section 1368(a), as set forth in this Indictment, upon conviction the defendant shall forfeit to the United States any property involved in or used in the knowing commission of the offense, pursuant to Title 28 United States Code, Section 2461(c).

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON, Jr.
United States Attorney


*s/ Craig G. Wininger*
CRAIG G. WININGER
Chief, Violent and Major Crimes Unit
Assistant United States Attorney


*s/ Nhan Ho*
NHAN HO
Assistant United States Attorney

Dated: July 23, 2025

Case: 2:25-cr-20558
Assigned To : Parker, Linda V.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 7/23/2025
Description: INDI USA v HARRIS (JP)

| United States District Court Eastern District of Michigan | Criminal Case Cover |
|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: N.H |

**Case Title:** USA v. Carlos Renard Harris

**County where offense occurred :** Wayne

**Check One:** ☒ Felony  ☐ Misdemeanor  ☐ Petty

   ✓ Indictment/ ____ Information --- **no** prior complaint.
   ____ Indictment/ ____ Information --- based upon prior complaint [Case number:                    ]
   ____ Indictment/ ____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

July 23, 2025
Date

Nhan Ho
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
313-226-9632
Nhan.Ho@usdoj.gov
P82793

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.